Fred H. Kent, Jr., Kent, Watts & Durden, Jacksonville, Fla., for plaintiffs-appellants.

S. Harvey Ziegler, Kirkpatrick & Lockhart, Vance E. Salter, Coll Davidson Carter Smith Salter, & Barkett, P.A., Miami, Fla., Thomas F. Noone, Emmet, Marvin & Martin, New York City, for defendant-appellee.

Irving M. Wolff, Holland & Knight, Miami, Fla., for Smith.

Vance E. Salter, Coll Davidson Carter Smith Salter & Barkett, P.A., Miami, Fla., for Bank of New York.

Before GODBOLD and ANDERSON, Circuit Judges, and SWYGERT[*], Senior Circuit Judge.

ON PETITION FOR REHEARING

PER CURIAM:

Petitioners are correct that neither the bankruptcy court nor the district court made an express or implied finding that the project was sold to a good faith purchaser, and in this respect the opinion of the court is corrected. This does not affect our conclusion because debtors do not challenge the sale of the project or seek reconveyance of the project.

In all other respects the petition for rehearing is DENIED.

